Submitted December 29, 1976, affirmed as modified, no costs January 24, 1977

In the Matter of the Marriage of
BOYLE, *Appellant,*
*and*
BOYLE, *Respondent.*
(No. 96181, CA 6848)

In the Matter of the Marriage of
ADAMS, *Appellant,*
*and*
ADAMS, *Respondent.*
(No. 96311, CA 6888)
(Cases consolidated)
558 P2d 1304

Gay Canaday, Oregon Legal Services, Oregon City, filed the brief for appellants.

No appearance for respondents.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

JOHNSON, J.

## JOHNSON, J.

Appellants' petitions for dissolution of marriage included requests to restore their maiden names. The trial court decreed dissolution, but erroneously denied the requests for name change.

ORS 107.105(1)(g) is explicit:

"(1) Whenever the court grants a decree of annulment or dissolution of marriage or of separation, it has power further to decree as follows:

"* * * * *

"(g) To change the name of either spouse to a name the spouse held before the marriage. *The court must decree a change if it is requested.*" (Emphasis supplied.)

Affirmed as modified. No costs.